■ TODD A. TOWN et al., Appellants, v NINA C. SIDIYAHYA et al., Defendants, and LAKE SHORE PAVING, INC., Respondent. (Appeal No. 1.) [890 NYS2d 861]—

Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.

■ TODD A. TOWN et al., Appellants, v NINA C. SIDIYAHYA et al., Defendants, and LAKE SHORE PAVING, INC., Respondent. (Appeal No. 2.) [891 NYS2d 806]—

Memorandum: Plaintiffs commenced this action seeking damages for injuries they sustained when the vehicle driven by plaintiff husband in which plaintiff wife was a passenger was rear-ended by another vehicle while plaintiffs were entering the parking lot of a supermarket. At the time of the collision, Lake Shore Paving, Inc. (defendant) had placed construction cones around a newly patched area of pavement in the parking lot's entrance lane. Supreme Court granted the motion of plaintiffs for leave to reargue their opposition to the prior motion of defendant for summary judgment dismissing the amended complaint against it, and we conclude that the court upon reargument erred in adhering to its prior decision granting defendant's motion. Defendant failed to establish as a matter of law that its allegedly negligent placement of the construction